Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
Panel VIII

| | | |
|---|---|---|
| SERGEY DOLINSKY, OLGA DOLINSKY, JAIME BAREA FERNÁNDEZ y OTROS<br>Recurridos<br><br>v.<br><br>EDGAR TORRES MORALES, FULANA DE TAL, SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR EDGAR TORRES MORALES y FULANA DE TAL<br>Peticionarios | KLCE202500247 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Aguadilla<br><br>Caso Núm. AG2024CV02200<br><br>Sobre:<br>Ley para la Reforma del Proceso de Permisos (Ley Núm. 161-2009), Injunction (Entredicho Provisional, Injunction Preliminar y Permanente) |

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Adames Soto y la Jueza Santiago Calderón

### **RESOLUCIÓN**

En San Juan, Puerto Rico, a 12 de marzo de 2025.

Atendida la *Moción en auxilio de jurisdicción y certiorari* presentada por el peticionario Edgar Torres Morales, disponemos:

No Ha Lugar al auxilio de jurisdicción.

En cuanto al recurso de *certiorari*, se deniega su expedición. La resolución cuya revocación se nos solicita aún no ha adjudicado la controversia jurisdiccional sobre la alegada falta de legitimación activa de la parte recurrida, de manera que resultaría prematura nuestra intervención con el asunto.

Notifíquese inmediatamente.

Lo acordó el Tribunal y lo certifica su Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

NÚMERO IDENTIFICADOR

RES2025_____